UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

Case No. 16-20470

Honorable Nancy G. Edmunds

v.

JAMIE ROSENQUIST,

    Defendant/Petitioner.
_____/

**JUDGMENT**

    For the reasons stated in the Court's opinion and order denying Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (ECF No. 28), Petitioner's motion is DENIED.

    **SO ORDERED.**

                  s/Nancy G. Edmunds
                  Nancy G. Edmunds
                  United States District Judge

Dated:  January 6, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 6, 2022, by electronic and/or ordinary mail.

                  s/Lisa Bartlett
                  Case Manager